# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FORMOSO, | : |
|           Plaintiff, | :   Civil Action No. 05-1363(WHW) |
| v. | : |
| BROLLESY, | :   **ORDER** |
|           Defendant. | : |

This matter having come before the Court for a Scheduling Conference pursuant to *Fed. R. Civ. P.* 16; good cause appearing;

**IT IS** on this **1st** day of **March 2006,**

**ORDERED THAT** counsel shall participate in a status teleconference on **May 10, 2006** at **12:00 PM.** Hany Brollesy, Esq. shall arrange telecommunications.

 

**S/SUSAN D. WIGENTON**
UNITED STATES MAGISTRATE JUDGE

Original:    Clerk of the Court
cc:          District Judge
            Parties
            File